# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### OFFICE OF THE CLERK

| | Mark O. Hatfield U.S. Courthouse | |
|---|---|---|
| MELISSA AUBIN | 1000 S.W. Third Ave. | PAUL BRUCH |
| Clerk of Court | Portland, OR 97204 | Chief Deputy Clerk |

June 21, 2024

Multnomah County Courthouse
1200 SW First Ave.
Portland, OR 97204

      Subject:    Remand of Case:    Gregg v. Thurman et al
                          USDC Case No: 3:23−cv−01801−AN
                          Multnomah County Case No: 23CV44189

Dear Clerk:

Pursuant to the Order (certified copy attached) remanding the above−referenced case to your court, enclosed is a certified copy of the District Court's Docket Sheet.

Thank you for your cooperation.

                                                  **MELISSA AUBIN**
                                                  **Clerk of Court**

                                                  by:  /s/Elizabeth Potter

                                                  Elizabeth Potter, Deputy Clerk

Attachments:   Certified Copy of Order
                       Certified Copy of District Court's Docket Sheet

cc:   Counsel of Record
       File