**Jesse Merrithew**, OSB No. 074564
Email: jesse@lmhlegal.com
**Noah Horst**, OSB No. 076089
Email: noah@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241

**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ADAM GREGG**,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>**TEQUILA THURMAN, CARRIE HUTCHISON, and JOHN COPIC**,<br><br>　　　　　Defendant. | Case No. 3:23-cv-01801-AN<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT ATTORNEY FEE DECLARATION** |

### LOCAL RULE 7-1 CERTIFICATION

Pursuant to Local Rule 7-1, counsel for the plaintiff discussed this motion with counsel for the defendants. Counsel for the defendants does not oppose this motion.

### MOTION

On June 24, 2024, this Court filed an opinion & order granting plaintiff's motion for remand, and awarding costs and attorneys' fees (Dkt. 25). The Court directed plaintiff to submit affidavits or declarations to support such an award by July 5, 2024. Lead counsel for plaintiff, Jesse Merrithew, is out of town with limited internet access until July 6, 2024.

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT ATTORNEY FEE DECLARATION - 1
(Case No. 3:23-cv-01801-AN)

Levi Merrithew Horst PC
610 SW Alder St. Suite 415
Portland, OR 97205
T: 971.229.1241 | F: 971.544.7092

For this reason, plaintiff respectfully requests a one-week extension to July 12, 2024, to submit affidavits or declarations in support of an attorney fee award.

**DATED** this 25th day of June, 2024.

> By: <u>s/ Noah Horst</u>
> **Noah Horst**, OSB No. 076089
> Of Attorneys for Plaintiff

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT ATTORNEY FEE DECLARATION - 2
(Case No. 3:23-cv-01801-AN)

LEVI MERRITHEW HORST PC
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092