

# INVOICE

Invoice # 5046-Atty Fees MTR
Date: 07/09/2024
Due On: 08/08/2024

610 SW Alder Street #415
Portland, OR 97205
971-229-1241
office@lmhlegal.com

Adam McDermott Gregg
815 NW Naito Pkwy, Apt 504
Portland, OR 97209

**Gregg: Civil Case**

**23CV44189**

| Type | Date | Name | Description | Hours | Rate | Total |
|------|------|------|-------------|-------|------|-------|
| Service | 12/05/2023 | JM | TEC M Porter: conferring on removal and other issues | 0.30 | $575.00 | $172.50 |
| Service | 12/05/2023 | JM | Legal research: removal jurisdiction | 2.80 | $575.00 | $1,610.00 |
| Service | 12/15/2023 | JM | Drafting motion to remand | 3.20 | $575.00 | $1,840.00 |
| Service | 12/20/2023 | JM | Drafting motion to remand | 0.70 | $575.00 | $402.50 |
| Service | 12/21/2023 | JM | Drafting motion to remand and declaration in support | 1.70 | $575.00 | $977.50 |
| Service | 12/21/2023 | NH | Editing motion and dec for remand and communicating with JM re: same. | 0.60 | $575.00 | $345.00 |
| Service | 01/10/2024 | JM | Legal research for reply on motion to remand | 0.50 | $575.00 | $287.50 |
| Service | 01/12/2024 | JM | Drafting reply ISO motion to remand | 1.00 | $575.00 | $575.00 |
| Service | 01/17/2024 | JM | Drafting reply on motion to remand | 2.80 | $575.00 | $1,610.00 |
| Service | 01/18/2024 | NH | Reviewing response and reply. Editing reply to motion to remand | 0.60 | $575.00 | $345.00 |
| Service | 01/18/2024 | JM | Finalizing and filing reply on motion to remand | 0.30 | $575.00 | $172.50 |

|  | **Hours Subtotal** | **14.5** |
|--|--------------------|----------|
|  | **Hours Total** | **14.5** |
|  | **Subtotal** | **$8,337.50** |
|  | **Total** | **$8,337.50** |

**Please make checks payable to: Levi Merrithew Horst PC.**
**We accept e-checks or credit cards via Clio - please visit our website and scroll to the bottom of any page to securely make a payment online.**

LMH Tax ID: 47-2644547 | DAS Vendor No: 1472644547-000

**Attorney-Client Communication: Privileged & Confidential**

Please pay within 30 days.

Decl. of Merrithew - Exhibit 1
Page 1 of 1