IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ADAM GREGG,<br><br>        Plaintiff,<br>  v.<br><br>TEQUILA THURMAN, CARRIE HUTCHISON, and JOHN COPIC,<br><br>        Defendants. | Case No.: 3:23-cv-01801-AN<br><br>ORDER |

        Based on this Court's Opinion & Order, ECF [25], and plaintiff's declaration in support of attorney fees, ECF [29], attorney fees in the amount of $8,337.50 are awarded to plaintiff's attorneys Jesse A. Merrithew and Noah A.F. Horst.

IT IS SO ORDERED.

        DATED this 29th day of July, 2024.

                                                                               Adrienne Nelson<br>                                                             United States District Judge